ORIGINAL

FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0521

PAMELA JO POLEJEWSKI,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

FILED

NOV 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On October 26, 2020, Pamela Jo Polejewski, representing herself, filed a Petition for a Writ of Supervisory Control with this Court. Polejewski seeks supervisory control over the State of Montana, specifically the County Attorney, Joshua Racki, and its care and control of more than one hundred animals. This Court has supervisory control "over all other courts and may, on a case-by-case basis, supervise another court by way of a writ of supervisory control." M. R. App. P. 14(5). Polejewski did not seek a writ over the Cascade County District Court, nor did she serve the presiding District Court Judge over her case. Therefore, a writ of supervisory control does not provide an avenue for her to obtain the relief she seeks.

Even if we were to look past the procedural defect of Polejewski's petition, though, she still would not be entitled to the relief she seeks. Polejewski's petition concerns Cascade County's handling of animals which were seized by law enforcement pursuant to § 27-1-434, MCA, and which were the subject of a forfeiture proceeding before the Cascade County District Court. The District Court ordered that Polejewski must pay a monthly bond to cover the cost of caring for her seized animals or face forfeiture of the animals pursuant to § 27-1-434, MCA. Polejewski appealed the District Court's Order.

In the interim since Polwjewski filed this Petition, we affirmed the District Court's forfeiture order. *State v. Polejewski*, 2020 MT 287N, 2020 Mont. LEXIS 2484. Thus, irrespective of the procedural defect of Polejewski's petition for writ of supervisory

control, the issue is now moot in light of our Opinion.

Therefore,

IT IS ORDERED that Polejewski's Petition for a Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to the Eighth Judicial District Court, Cascade County; to Faye McWilliams, Clerk of District Court, Cascade County, under Cause No. ADV-20-274; to counsel of record; and to Pamela Jo Polejewski personally.

DATED this 24 day of November, 2020.

Justices